**From:** **Lanai harris-taylor**  l.taylorxo@gmail.com
**Subject:** a letter regarding Roberto Correa
**Date:** October 26, 2019 at 1:15 PM
**To:** Mary June Ciresi  mjciresi@ciresilaw.com



Your honor,

I am writing this on behalf of my father Roberto Correa, I'll start by saying I couldn't imagine a life with a different dad. Like many of us he's had some bumps in the road, made some mistakes whichever you want to call it, but being a dad hasn't been one of them. When I need something he is who I call, when I'm down & out he is who I call, when I feel defeated he is who I call on, when I'm happy he is who i call, when I feel accomplished he is who I call, my sole person, my purpose. For a while now I've noticed a considerable difference in the man he is and I couldn't be any happier, working, watching him be able to be a dad to my little brother. From signing up for basketball leagues to simply just helping him with his homework. Things I didn't really get to have with him as a child. It is amazing seeing him actually be the dad I always knew he was. Some of my worst days were the days that I couldn't pick up the phone and call him just to say hello, hear his voice or even just tell him about my day.

Your honor, all I'm really trying to say is my heart is full when he is near, my days are brighter when he is around. I am so grateful for him, for all he has done and all does, and I hope you can see him for what I do.

                                                  Thanks, lanai

Sent from my iPhone